AUGUSTUS C. POHL, Respondent, *v.* CHARLES E. PONTIER et al.,
Appellants.

(Argued April 13, 1894;  decided May 1, 1894.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made at
the December term, 1892, which affirmed a judgment in favor
of plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*Charles Goldzier* for appellants.

*Alexander Blumenstiel* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

PATRICK MARTIN, Appellant, *v.* VALENTINE COOK et al.,
Respondents.

(Submitted April 13, 1894;  decided May 1, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made April 17, 1891, which sustained plaintiff's
exceptions to an order of the court dismissing the complaint
on trial at Circuit, and overruled all other exceptions and
directed judgment in favor of defendants.

*George M. Curtis* for appellant.

*Edward M. Burghard* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.